# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAGEN, INC., and
MIDWEST ETHANOL TRANSPORT, LLC,

      Plaintiffs/Third-Party Plaintiff,

v.                                                  **ORDER**
                                      Civil File No. 12-2703 (MJD/SER)

EXERGY DEVELOPMENT GROUP
OF IDAHO, LLC, and JAMES CARKULIS,

      Defendants,

v.

HAWLEY TROXELL ENNIS & HAWLEY, LLP,

      Third-Party Defendant.

---

Keith S. Moheban and Timothy M. Kelley, Leonard Street and Deinard, PA, Counsel for Fagen, Inc. and Midwest Ethanol Transport, LLC.

Angelo L. Rosa and Michael F. Cockson, Faegre Baker Daniels LLP, Counsel for Exergy Development Group of Idaho, LLC and James T. Carkulis.

Bryon G. Ascheman and Richard J. Thomas, Burke & Thomas, PLLP, Counsel for Hawley Troxell Ennis & Hawley LLP.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau filed September 11, 2013.  Third-Party Defendant Hawley Troxell Ennis & Hawley LLP filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Rau filed September 11, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Steven E. Rau filed September 11, 2013 [Docket No. 58].

2. Third-Party Defendant Hawley Troxell Ennis & Hawley LLP's Motion to Dismiss [Docket No. 34] is **DENIED**.

Dated:  October 25, 2013            s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court